FILED'08 AUG 27 14:52 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TIMBERLY A. KLOEPFER,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 6:07-CV-755-AA<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on _____, 2008.

DATED this 27 day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE