FILED '08 OCT 07 17:14 USDC-ORE

**Bruce W. Brewer,** OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TIMBERLY KLOEPFER,** | CIVIL CASE NO. 07-755-AA |
| Plaintiff, | |
| | PROPOSED ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $6,774.92 is awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City, Oregon 97045. There are no costs or expenses to be paid herein.

DATED this 7 day of October, 2008.

_____
United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES